**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Sean Michael McGuire v. The State of Texas

Appellate case number:   01-14-00240-CR

Trial court case number:   10-DCR-055898

Trial court:                    268th District Court of Fort Bend County

Date motion filed:           May 25, 2016

Party filing motion:         The State

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Harvey Brown
☐ Acting individually     ☑ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Massengale and Brown

Date: July 7, 2016